IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS W. SWINEY                                           PLAINTIFF

v.                      No. 3:13-cv-116-DPM-BD

MARTY BOYD, Sheriff, Craighead County;
and JOE BOBO                                      DEFENDANTS

### ORDER

More than a month has passed since the Court ordered Swiney to pay the filing fee or submit a complete *in forma pauperis* application. № 5. The Court warned that it could dismiss Swiney's complaint if he did not comply by 23 June 2013. Local Rule 5.5(c)(2). That deadline has passed, and Swiney has not complied with the Court's Order or asked for more time. His complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2013