IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS W. SWINEY                                                               PLAINTIFF

v.                            No. 3:13-cv-116-DPM

MARTY BOYD, Sheriff, Craighead County;
and JOE BOBO                                                                   DEFENDANTS

## JUDGMENT

Swiney's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2013