IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS W. SWINEY                                      PLAINTIFF

v.                  No. 3:13-cv-116–DPM–BD

MARTY BOYD, Sheriff, Craighead County;
and JOE BOBO                                     DEFENDANTS

## ORDER

The postal service has returned as undeliverable mail the Clerk's Office sent Swiney. № 11. The Court has informed Swiney that under the Local Rules of the Eastern District of Arkansas he has a duty to keep a current address on file with the Court. № 2 at 1 n.2; Local Rule 5.5(c)(2). The Court reminds him of that obligation now. If by 30 August 2013 Swiney has not updated his address, the Court will dismiss his complaint without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6th August 2013