IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS W. SWINEY                                          PLAINTIFF

v.                            No. 3:13-cv-116-DPM-BD

MARTY BOYD, Sheriff, Craighead County;
and JOE BOBO                                              DEFENDANTS

## ORDER

Swiney has filed a *pro se* § 1983 complaint alleging that Defendants violated his constitutional rights. № 1. When he filed, Swiney was a prisoner in the Craighead County Detention Center. Sometime in mid to late July 2013, he was released. № 11. Swiney did not provide this Court with a new address. On 6 August 2013, the Court entered an Order reminding Swiney of his obligation to keep his address current under Local Rule 5.5(c)(2) and requiring him to update his address by 30 August 2013. № 12.

Swiney has failed to update his address. The case is therefore dismissed without prejudice pursuant to Local Rule 5.5(c)(2). Sheriff Boyd's obligation to help get Swiney's *in forma pauperis* form completed is discharged. № 9. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Swiney's motion to proceed *in forma pauperis*, № 8, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
3 September 2013