IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRAVIS W. SWINEY**                                                        **PLAINTIFF**

v.                            No. 3:13-cv-116–DPM-BD

**MARTY BOYD, Sheriff, Craighead County;**
**and JOE BOBO**                                                          **DEFENDANTS**

## JUDGMENT

Swiney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2013